

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-12-01029-CV

**Union Pacific Railroad Company**

v.

**Estate of Geronimo Gutierrez, deceased, and Amelia Gutierrez and Adrian Gutierrez, Individually in their Capacities as Dependents of Geronimo Gutierrez, deceased, and Amelia Gutierrez, in her capacity as Administratrix of the Estate of Geronimo Gutierrez**

NO. 380337401 IN THE PROBATE COURT NO 4 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 05/05/2014 | E-PAID | APE |
| MT FEE | $10.00 | 03/26/2014 | E-PAID | APE |
| MT FEE | $10.00 | 01/28/2014 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 08/16/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 07/12/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 07/12/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 06/26/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 05/31/2013 | E-PAID | APE |
| MT FEE | $10.00 | 05/31/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 05/08/2013 | E-PAID | APE |
| MT FEE | $10.00 | 05/01/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 04/05/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 03/01/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 03/01/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 02/04/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 02/04/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 01/30/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 01/30/2013 | E-PAID | APE |

| | | | | |
|---|---|---|---|---|
| MT FEE | $10.00 | 01/30/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 01/30/2013 | E-PAID | APE |
| REPORTER'S RECORD | $8,598.00 | 01/04/2013 | PAID | ANT |
| E-TXGOV FEE | $5.00 | 12/17/2012 | E-PAID | APE |
| CLK RECORD | $686.00 | 12/04/2012 | PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/26/2012 | E-PAID | ANT |
| FILING | $175.00 | 11/26/2012 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $9,619.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this October 30, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**